UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN PADGHAM, individually and as Personal Representative of the Estate of Kelly Padgham,<br><br>                    Plaintiff,<br><br>   v.<br><br>ETHICON, INC; ETHICON ENDO-SURGERY, INC; JOHNSON & JOHNSON SERVICES, INC; and JOHNSON & JOHNSON,<br><br>                    Defendants. | NO: 2:16-CV-71-RMP<br><br>ORDER DISMISSING WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulation of Dismissal, ECF No. 26. Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal of this case as requested. Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, **ECF No. 26**, is **APPROVED**. Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

ORDER ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** this 16th day of August 2016.

      *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      United States District Judge

ORDER ~ 2